

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SUDZ LOUNGE 2 and JONATHAN L. CRAWFORD, | § | No. 08-23-00215-CV |
| | § | Appeal from the |
| Appellants, | § | 120th District Court |
| v. | § | of El Paso County, Texas |
| SERGIO ARTURO MARTINEZ and RAUL FERNANDEZ, | § | No. 2020DCV1302 |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment that Appellees take nothing on their respective claims against Appellants.

We further order that Appellants recover from Appellees all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF NOVEMBER 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.